**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

SHAWN PICKETT,         )
                                  )
      Plaintiff,       )
                                  )
      v.               )
                                  )   C.A. No. N24C-09-263 CLS
RANDY COLLIER, SIMPLY GREEN,  )
                                  )
      Defendants.   )

Submitted: February 19, 2025
Decided: March 26, 2025

## <u>ORDER</u>

This 25th day of March 2025, upon consideration of Plaintiff's Motion for Reconsideration ("the Motion");[1]

Now, therefore, it is ordered that the Motion is **DENIED** for the following reasons:

The Motion is denied as untimely. The Motion was filed more than five (5) days after the filing of the Court's decision.[2]

---

[1] D.I. 18.

[2] "A motion for reargument shall be served and filed within 5 days after the filing of the Court's opinion or decision." Super. Ct. Civ. R. 59(e).

1

Further, Plaintiff does not identify any controlling precedent or legal principle that this Court overlooked, nor does he demonstrate the Court misapprehended the law or facts in a way that would affect the outcome of its decision.[3]

For the foregoing reasons, Plaintiff's Motion for Reconsideration is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Calvin Scott*
Calvin L. Scott, Jr.
Judge

---

[3] *Cummings v. Jimmy's Grille, Inc.*, 2000 WL 1211167, at \*2 (Del. Super. Aug. 9, 2000).